# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HARPER,<br><br>　　　　Respondent. | Case No. CV 17-0165-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PETITIONER A VEXATIOUS LITIGANT |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED:

(1) Petitioner Brandon Favor is deemed a vexatious litigant.

(2) The Clerk of the Court shall not file any of the following documents from Favor: (a) civil complaint; (b) habeas petition; (c) IFP application; or (4) document in a case that is

closed and final unless Favor has submitted a motion for leave to file the document and a Judge of this Court has granted the leave requested.

(3) Favor must submit a copy of this vexatious litigant order and a copy of the proposed filing with any motion seeking leave of court to file a civil complaint, habeas petition, IFP application, or document in a case that is closed and final.

DATED:  March 21, 2017

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2